**Order entered May 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00548-CV
No. 05-14-00549-CV

**IN RE RICKY VERA LOPEZ, Relator**

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F04-505-78**
**Trial Court Cause No. F04-505-79**

## ORDER NUNC PRO TUNC

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's motion to proceed *in forma pauperis*, although we have considered the petition without payment of the mandamus filing fee. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
JUSTICE